IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
MIDDLE DIVISION

RECEIVED
2017 MAR 29 A 11: 22

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| CHERYL BRANTLEY MCCALL,<br><br>Plaintiff,<br><br>v.<br><br>GEICO CASUALTY COMPANY,<br><br>Defendant. | CASE NO:<br>2:17-cv-184<br>DEMAND FOR JURY TRIAL |

## ORIGINAL COMPLAINT

**COMES NOW** the Plaintiff, Cheryl Brantley McCall, pursuant to Rule 8 of the *Federal Rules of Civil Procedure,* and files the following complaint:

### Jurisdiction

1. The Court has subject matter jurisdiction under 28 U.S.C. Section 1332 because there is total diversity between the plaintiff and the defendant and the amount in controversy exceeds $75,000 exclusive of interest and costs.

### The Parties

2. Cheryl Brantley McCall is an individual resident and citizen of Butler County, Alabama.

3. Geico Casualty Company is a Maryland Corporation, which may be served as follows:

   CT Corporation System
   2 North Jackson Street
   Suite 605
   Montgomery, Alabama 36104

1

## The Facts

4. The Defendant is a corporation doing business in the State of Alabama, and engaged in the business of issuing insurance policies.

5. On or about the 24th day of April, 2015, the Defendant issued a policy of automobile insurance to the Plaintiff, which included underinsured motorist coverage. A copy of the Declarations page is attached hereto as Exhibit A.

6. On or about the 10th day of July, 2015, in Butler County, Alabama, Plaintiff was injured in a collision with a vehicle negligently and/or wantonly operated by Vertie Price Powell, who was at that time an underinsured motorist.

7. Plaintiff is legally entitled to recover from Vertie Price Powell, who was at fault for causing the accident.

8. Plaintiff, Cheryl Brantley McCall was injured in the accident and claims that the motor vehicle operated by Vertie Price Powell was underinsured because Vertie Price Powell had liability coverage but not enough liability coverage to pay the damages the Plaintiff is entitled to recover.

WHEREFORE, Plaintiff demands judgment against the Defendant Geico Casualty Company in a sum in excess of the jurisdictional minimum of this Court, to the extent that Vertie Price Powell was underinsured.

**RESPECTFULLY SUBMITTED**

_____

2

                                **MAX CASSADY (CAS020)**
                                **Cassady & Cassady, P.C.**
                                **14 South Section Street**
                                **Fairhope, AL 36532**
                                **Telephone: (251) 928-9558**
                                **maxcassady@gmail.com**

Please serve the defendant via certified mail as follows:

GEICO CASUALTY COMPANY
CT Corporation System
2 North Jackson Street
Suite 605
Montgomery, Alabama 36104